# COPY United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5300**

**September Term, 2004**

**05cv01225**

**Filed On:**

Willie Curry,

      Appellant

    v.

United States of America,

      Appellee

> UNITED STATES COURT OF APPEALS
> FOR DISTRICT OF COLUMBIA CIRCUIT
>
> FILED   AUG 2 2 2005
>
> CLERK

## O R D E R

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is

**ORDERED**, on the court's own motion, that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). The district court shall promptly notify this court upon its issuance of a certificate of appealability or statement why a certificate should not issue. It is

**FURTHER ORDERED** that this appeal be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _[signature]_

Elizabeth V. Scott
Deputy Clerk